**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 640 EAL 2019

           Respondent                     :

                                              :   Petition for Allowance of Appeal

                                              :   from the Order of the Superior Court

           v.                               :

                                              :

SHAUN MYRICK,                       :

           Petitioner                     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2020, the "Application for Remand" and Petition for Allowance of Appeal is **DENIED**.